1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  ERIC V. KERSTEN, Bar #226429
   Assistant Federal Defender
3  2300 Tulare Street, Suite 330
   Fresno, California  93721-2226
4  Telephone: (559) 487-5561

5  Attorney for Defendant
   DEAON BAILES
6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )    No. 1:08-cr-00139 LJO
                                       )
12                    Plaintiff,       )    STIPULATION TO CONTINUE
                                       )    SENTENCING AND
13       v.                            )    ORDER THEREON
                                       )
14  DEAON BAILES,                      )    Date:   December 19, 2008
                                       )    Time:  9:00 a.m.
15                    Defendant.       )    Judge: Hon. Lawrence J. O'Neill
                                       )
16                                     )
                                       )
17  _____ )

18       IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel,

19  JAMES R. TERZIAN, Assistant United States Attorney, and ERIC V. KERSTEN, Assistant Federal

20  Defender, counsel for Defendant Deaon Bailes, that the date for sentencing may be continued to December

21  19, 2008.  **The date currently set for sentencing is November 21, 2008.  The requested new date is**

22  **December 19, 2008.**

23       The Presentence Investigation Report (PSR) in this matter was prepared by United States Probation

24  Officer Katerina Holland, who has since transferred to a different jurisdiction.  Timely informal objections

25  to the PSR were filed.  However, due to confusion related to Ms. Holland's transfer, formal objections

26  have not yet been filed.  Additional time is needed for the filing of formal objections and any response

27  thereto.

28  ///

1    The parties agree that the delay resulting from the continuance shall be excluded as necessary for

2  effective defense preparation, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).  For this reason, the ends of

3  justice served by the granting of the requested continuance outweigh the interests of the public and the

4  defendants in a speedy trial.

5

6                                                      McGREGOR W. SCOTT
                                                       United States Attorney
7

8  DATED: November 18, 2008                  By /s/ James R. Terzian
                                                       JAMES R. TERZIAN
9                                                      Assistant United States Attorney
                                                       Attorney for Plaintiff
10

11

12                                                     DANIEL J. BRODERICK
                                                       Federal Defender
13

14  DATED: November 18, 2008                 By /s/ Eric V. Kersten
                                                       ERIC V. KERSTEN
15                                                     Assistant Federal Defender
                                                       Attorney for Defendant
16                                                     Deaon Bailes

17

18

19                                  **O R D E R**

20    **IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice

21  pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

22  IT IS SO ORDERED.

23  **Dated:   November 18, 2008**            **/s/ Lawrence J. O'Neill**
                                                       UNITED STATES DISTRICT JUDGE
24

25

26

27

28

Bailes: Stipulation to Continue Sentencing          2