UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
November 16, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:08-CR-00139-LJO |
| ) Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| DEAON BAILES, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>DEON BAILES</u> , Case No. <u>1:08CR0139-LJO</u> , Charge <u>18 USC § 3146</u> , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   <u>X</u>   Release on Personal Recognizance

   __   Bail Posted in the Sum of $__

      __   Unsecured Appearance Bond

      __   Appearance Bond with 10% Deposit

      __   Appearance Bond with Surety

      __   Corporate Surety Bail Bond

   ✔   (Other)      <u>All   conditions of supervised release previously imposed remain in full force and effect.</u> Defendant ordered to appear 12/8/11 at 1:30 pm before duty MJ in Fresno.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>November 16, 2011</u> at <u>2:15</u> pm .

By _____
       Dale A. Drozd

United States Magistrate Judge